United States Courts
Southern District of Texas
FILED

MAY 24 2018

A091 (Rev. 8/01) Criminal Complaint

David J. Bradley, Clerk of Court

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Luis Alberto VENTURA-Vasconcelos

**CRIMINAL COMPLAINT**

Case Number: C-18-1097M-1

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 23, 2018** in **Brooks** County, in the
(Date)
Southern District of Texas defendant, **Luis Alberto VENTURA-Vasconcelos** a native and citizen of **Mexico**, and an alien who had been previously deported from the United States was found unlawfully within the United States in **Brooks** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following Facts:
Official Title

On May 23, 2018, VENTURA-Vasconcelos, Luis Alberto was encountered in the brush near Falfurrias, Texas. VENTURA was part of a group of subjects attempting to circumvent the United States Border Patrol Checkpoint on Highway 281. During his apprehension, VENTURA became combative with agents by throwing elbows and punches in an attempt to free himself. Agents determined VENTURA to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed VENTURA was ordered removed from the United States by a Designated Official on 02/03/2007 and was physically removed from the United States to Mexico on the same day via Laredo, Texas. Record Checks further revealed VENTURA has a conviction for conspiracy with intent to distribute marijuana for which he was sentenced to 60 months incarceration. VENTURA stated he last entered the United States illegally on or about May 21, 2018 near Roma, Texas. At this time, there is no evidence to indicate VENTURA has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to AUSA Julie Hampton who accepted prosecution for 8 USC 1326, Re-entry after Deportation.

Sworn to before me and signed in my presence, and probable cause found on:

**May 24, 2018**
Date

**Jason B. Libby U.S. Magistrate Judge**
Name and Title of Judicial Officer

Edwin Lopez
Printed Name of Complainant

at **Corpus Christi, Texas**
City and State

Signature of Judicial Officer